IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01883-REB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ACEPEX MANAGEMENT CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Yolanda Carrillo's Motion to Intervene as Party Plaintiff (filed November 4, 2005; *doc. no. 5*) is **GRANTED**.

As of the date of this minute order, the Clerk's Office is instructed to accept for filing Plaintiff Carrillo's Complaint in Intervention submitted to the court on November 4, 2005 (doc. no. 5-2).

**DATED:**      November 16, 2005