**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01883-REB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

YOLANDA CARRILLO,

    Plaintiff-Intervenor,

v.

ACEPEX MANAGEMENT CORPORATION,

    Defendant and Third-Party Plaintiff,

v.

GARY CORDOVA,

    Third-Party Defendant.

**ORDER OF DISMISSAL
(Third-Party Complaint)**

**Blackburn, J.**

On April 11, 2006, the Defendant and Third-Party Plaintiff filed a **Notice of Dismissal With Prejudice of Third-Party Complaint** [#42].  After careful review of the notice and the file, the court has concluded that the notice should be approved and that Defendant and Third-Party Plaintiff Acepex Management Corporation's Third-Party Complaint against Third-party Defendant Gary Cordova should be dismissed with prejudice.

2

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal With Prejudice of Third-Party Complaint** [#42], filed on April 11, 2006, **IS APPROVED**;

2. That Defendant and Third-Party Plaintiff Acepex Management Corporation's Third-Party Complaint against Third-party Defendant Gary Cordova **IS DISMISSED WITH PREJUDICE**; and

3. That Third-Party Defendant Gary Cordova is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 11, 2006, at Denver, Colorado.

            **BY THE COURT:**

            **s/ Robert E. Blackburn**
            **Robert E. Blackburn**
            **United States District Judge**