**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01883-REB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

YOLANDA CARRILLO,

      Plaintiff-Intervenor,

v.

ACEPEX MANAGEMENT CORPORATION,

      Defendant.

**MINUTE ORDER**[1]

Based on the Consent Decree entered October 23, 2006,

**IT IS ORDERED** as follows:

1. That the Trial Preparation Conference set for March 9, 2007, is **VACATED**;

2. That the jury trial set to commence March 26, 2007, is **VACATED**; and

3. That this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown.

Dated: October 23, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.